**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg
Licensed in
New York and California

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:  (212) 248-7908

December 8, 2006

Via Fax: (718) 613-2365 & ECF
Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re : *Ayzelman and Bastien v. Statewide Credit Services Corp., et al.*
    EDNY, No. CV-04-3732 (CLP)

Dear Judge Pollak:

My office represents Plaintiffs in the above-referenced case brought under the Fair Debt Collection Practices Act, 15 U.S.C. 1692, *et seq*. I am writing to request approval of the Notice of Proposed Class Action Settlement attached as Exhibit A, which has been revised in accordance with Your Honor's November 21, 2006 Memorandum and Order. For your convenience, I am attaching, as Exhibit B, a redlined version of the Notice showing the changes made from the earlier version submitted to the Court.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc: Peter D. Rigelhaupt, Esq. (Via Fax: 516-294-8202 & ECF)
    Lance A. Raphael, Esq. (Via ECF)